IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LASHAWN BRADFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 010-00111-CV-W-NKL |

**ORDER OF DISMISSAL**

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED that the above-styled action is DISMISSED with prejudice and without costs to any party. In the event, however, that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

                                             s/NANETTE K. LAUGHREY
                                             NANETTE K. LAUGHREY
                                             United States District Judge

Dated: June 4, 2010